FILED
2013 Apr-05 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN R. DUDLEY, JR., | } |
| Plaintiff, | } |
| v. | } Case No.: 2:13-cv-482-RDP-HGD |
| FSL JESUP, | } |
| Defendant. | } |

**MEMORANDUM OPINION**

Plaintiff Steven R. Dudley is a federal inmate at the Jesup Federal Correctional Institution (FSL) in Jesup, Georgia. (Doc. #1 at 1). On March 8, 2013, Plaintiff filed a civil action in this court complaining of sexual harassment and abuse at FSL. (*Id.*). The matter was considered by Magistrate Judge Harwell G. Davis, who entered a Report and Recommendation recommending that this action be transferred to the United States District Court for the Southern District of Georgia. (Doc. #3 at 2). Plaintiff subsequently filed a written statement on April 1, 2013 indicating that he does not now object to Judge Davis' Report and Recommendation, but that he does not fully understand the Report and Recommendation nor is he familiar with the relevant law. (Doc. #5 at 2). Therefore Plaintiff requests that the court appoint him an attorney, remove the case from the courts, release him from custody pending the disposition of the case, and grant him unlimited resources and access to legal materials for his defense. (*Id.*).

Before the court may address any of Plaintiff's substantive requests, it must first determine whether the Northern District of Alabama is the proper forum for the case. Because Plaintiff has indicated he is not familiar with the relevant law, it is worth explaining what the request for transfer of venue means and what implications this will have on Plaintiff's case. First, the court must make

clear that this is not a decision regarding the merits of Plaintiff's case. Plaintiff will have a chance to be heard with respect to his allegations; venue merely refers to *where* the case would most appropriately be heard.

Plaintiff brought this action in the United States District Court for the Northern District of Alabama. However, both Plaintiff and Defendant are located in Jesup, Georgia, which is within the Southern District of Georgia. (Doc. #1 at 2). The underlying events alleged in the complaint occurred in Jesup, Georgia. (*Id.*). Likewise, it appears that all the witnesses and relevant evidence can be found in Jesup, Georgia. (*Id.*). Rather than make Plaintiff, Defendant, and witnesses travel from Southern Georgia to Northern Alabama, this case should be litigated in the Southern District of Georgia. Therefore, the court concludes that Judge Davis' Report is due to be and hereby is **ADOPTED** and his Recommendation **ACCEPTED**.[1]

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this ___5th___ day of April, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] Regarding Plaintiff's request for legal assistance, it would be inappropriate for this court to address that issue. Plaintiff may ask the United States District Court for the Southern District of Georgia to provide him with legal assistance.